UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                   17-cr-455 (PKC)

      -against-

                                                   ORDER

TREVOR CARPENTER,

                Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        The government shall respond to Carpenter's application for sentence reduction pursuant to 18 U.S.C. § 3582(c) by Tuesday, June 30, 2020.  There will be a telephonic hearing on Tuesday, July 7, 2020 at 2:00pm, assuming defendant waives his presence at the hearing.  The call-in information for the hearing is:

        Dial-in:     (888) 363-4749

        Access Code:  3667981

        SO ORDERED.

                                                      P. Kevin Castel
                                               United States District Judge

Dated: New York, New York
         June 24, 2020